765 S.E.2d 146

**The STATE, Respondent,**

v.

**Christopher HELLER, Petitioner.**

**Appellate Case No. 2012–212983.**

**No. 27461.**

Supreme Court of South Carolina.

Heard Oct. 7, 2014.

Decided Oct. 29, 2014.

---

Chief Appellate Defender Robert M. Dudek, of Columbia, for Petitioner.

Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Donald J. Zelenka, Assistant Attorney General J. Anthony Mabry, and Solicitor Daniel E. Johnson, all of Columbia, for Respondent.

PER CURIAM.

We granted Christopher Heller's petition for a writ of certiorari to review the decision of the Court of Appeals in *State v. Heller*, 399 S.C. 157, 731 S.E.2d 312 (Ct.App.2012). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.